IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM MCGHEE,

        Plaintiff,

v.                                  CIV-07-0609 BB/LAM

PAULA BIAMONT, et al.,

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 29*)

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' Proposed Findings and Recommended Disposition (*Doc. 29*) (hereinafter, "PF&RD"), filed on February 20, 2008. The parties have not filed objections to the PF&RD and the time for filing objections has passed. Accordingly, the Court has determined that it will adopt the PF&RD and deny Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction Requesting Three Judge Panel (*Doc. 7*).

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition (*Doc. 29*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction Requesting Three Judge Panel (*Doc. 7*) is **DENIED**.

**IT IS SO ORDERED.**

                                                        */s/ Bruce D. Black*
                                            **HON. BRUCE D. BLACK**
                                            **UNITED STATES DISTRICT JUDGE**